MCGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4083
email: john.edwards@usdoj.gov

Attorneys for Petitioner United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>    v.<br><br>DIEGO A. RIVAS,<br><br>                Respondent. | **1:18-CV-00678-AWI-SKO**<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING AND ORDER**<br><br>(Doc. 6) |

      Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Wednesday, July 25, 2018, at 9:30 a.m., in Courtroom No. 7, before the Honorable Sheila K. Oberto. The additional time is needed in order to (1) make further attempts of service upon the respondent, DIEGO A. RIVAS; and (2) have sufficient time to file and serve a Motion for Alternate Service of Process, should further attempts at service fail. A proposed Order is submitted herewith.

Dated: July 2, 2018                                         Respectfully submitted,

                                                                MCGREGOR W. SCOTT
                                                                 United States Attorney

                                       By:    */s/ John R. Edwards*
                                                      JOHN R. EDWARDS
                                                      Assistant U.S. Attorney

Attorneys for Petitioner
United States

**<u>ORDER</u>**

Pursuant to the Petitioner's "Request for Continuance of Order to Show Cause Hearing" (Doc. 6) and for good cause shown, IT IS HEREBY ORDERED that the Order to Show Cause Hearing Re: Tax Summons Enforcement is CONTINUED from Wednesday, July 25, 2018 (*see* Doc. 4) to Wednesday, September 26, 2018, at 9:30 AM, in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

Respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days before the date set for the show cause hearing, that Respondent has no objections to enforcement of the summons. Respondent's appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated: **July 2, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER
TO SHOW CAUSE HEARING AND ORDER

2