McGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083
Facsimile: (559) 497-4099

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:18-CV-00678-AWI-SKO |
|---|---|
| Petitioner, | **ORDER TO VACATE HEARING AND CLOSE CASE** |
| v. | (Doc. 8) |
| DIEGO A. RIVAS, | |
| Respondent. | |

On August 8, 2018, Petitioner filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 8.) In light of Petitioner's voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1). The Court hereby VACATES all pending dates, including the show cause hearing set for September 26, 2018. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **August 8, 2018**     /s/ *Sheila K. Oberto*
                           UNITED STATES MAGISTRATE JUDGE